# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTEZ TALLEY, | ) Civil Action No. 2: 19-cv-0308 |
| Plaintiff, | ) United States District Judge<br>) Nora Barry Fischer |
| v. | ) |
| PENNSYLVANIA DEPT. OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## ORDER

**AND NOW,** this 5th day of June, 2020, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation (ECF No. 39) filed on May 22, 2020, by Chief Magistrate Judge Cynthia Reed Eddy is **ADOPTED** as the opinion of the Court.

It is **ORDERED** that the Motion to Dismiss filed by Defendants is **GRANTED** in its entirety based on Plaintiff's failure to state a claim.

It is further **ORDERED** that Plaintiff's state law claims are dismissed without prejudice for want of jurisdiction.

It is further **ORDERED** that the Clerk of Court mark this case closed.

**AND** it is further **ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: QUINTEZ TALLEY
KT 5091
SCI Fayette
48 Overlook Drive
Labelle, PA 15450
(via U.S. First Class Mail)

Timothy Mazzocca
Office of Attorney General
(via ECF electronic notification)